Rosa *v.* Charter East Tile Supply Company, Inc., Appellant.

Submitted March 25, 1975. *Lawrence S. Rosenwald,* and *Charleston & Fenerty,* for appellant; *Jerome Poltenstein,* for appellee.

Order affirmed.